FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGEL P.,[1]<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 1:22-cv-03126-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE**<br><br>**ECF Nos. 11, 18** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 18, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney D. James Tree represents Plaintiff. Attorney Michelle Pavelek represents Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 18**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following instructions. On remand, the Appeals Council will instruct the ALJ to:

- Offer Plaintiff the opportunity for a new hearing;
- Develop the record as necessary; and
- Issue a new decision.

*See* ECF No. 18 at 2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment (**ECF No. 11**) is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED March 13, 2023.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

ORDER - 2