AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Mar 13, 2023
SEAN F. McAVOY, CLERK

ANGEL P.,

    *Plaintiff*

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    *Defendant*

Civil Action No. 1:22-cv-03126-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The parties' Stipulated Motion for Remand, ECF No. 18, is GRANTED.
Plaintiff's Motion for Summary Judgment (ECF No. 11) is STRICKEN AS MOOT.
The above-captioned case be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for the Plaintff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley stipulated motion for remand.

Date: 3/13/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Nicole Cruz
    *(By) Deputy Clerk*
Nicole Cruz